**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2-12-24

Sumfinidade Unipessoal LDA,

           Plaintiff,

           v.

Moving Strength LLC,

           Defendant.

Case No. 1:23-cv-11009-LAK-GS

## NOTICE OF SETTLEMENT

Now comes plaintiff Sumfinidade Unipessoal LDA ("*Plaintiff*") and defendant Moving Strength LLC ("*Defendant*") by and through their respective counsel, to jointly provide notice to the Court that the present cause has been settled between the parties, and state:

1. A settlement agreement ("*Agreement*") is in the process of being finalized. Once the Agreement is fully executed, and Plaintiff has received the consideration required pursuant to the Agreement, Plaintiff will submit a Notice of Dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and will therein request that the case be dismissed and closed.

2. The parties respectfully request that the Court stays this case and adjourn all deadlines and conferences.

3. The parties respectfully request the Court provide that the parties may seek to reopen the matter for forty-five (45) days to assure that the Agreement is executed and that the settlement funds have cleared.

Case dismissed with prejudice and without costs subject to right to restore by serving and filing a notice to that effect on or before, 3/26/24, if the settlement is not consummated by then.

SO ORDERED:

_____
Lewis A. Kaplan
'S.D.J.

2/12/24

1

DATED: February 9, 2024

| | |
|---|---|
| **THE HELLER LAW FIRM PC** | **SANDERS LAW GROUP** |
| By: */s/ Norman H. Heller* <br> Norman H. Heller, Esq. <br> 3000 Marcus Avenue, Suite 1W5 <br> Lake Success, NY 11042 <br> Tel: (516) 441-5656 <br> Email: norm@hellerlawpc.com <br> *Attorneys for Defendant* | By: */s/ Joshua D. Vera* <br> Joshua D. Vera, Esq. <br> 333 Earle Ovington Blvd, Suite 402, <br> Uniondale, NY 11553 <br> Tel: (516) 203-7600 <br> Email: jvera@sanderslaw.group <br> *Attorneys for Plaintiff* |